**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-CV-3698-SKC

CARLOS PINTO-RIOS,

     Plaintiff.

v.

TYLER S. BROWN,
THOMAS HOBAUGH,
CHRISTOPHER WENZEL,
JEFFIANO PALAZZOLO,
BARBARA DUDE,
JOHN CRAFT,
MATTHEW SMITH,
COLLIN ROLL,
JOHN ROHDE,
CODY HOUGHTALING,
MATTHEW MILLER,
JAKOB DAVIS,
PAUL COOK,
JEREMY HERKO,
SHANE PURCELL,
THOMAS TRISKA,
MICHAEL GENTRY,
KATIE BLACK,
KERRY PRUETT,
KATY KELLER,
SUSAN GREENWALD,
STACIE HENGY,
MICAH RHOAD, and
WELLPATH, LLC

     Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS KATIE BLACK, JEREMY HERKO, JOHN ROHDE, AND TYLER S. BROWN (IN HIS INDIVIDUAL CAPACITY, ONLY)**

---

Plaintiff, Carlos Pinto-Rios, by and through his attorneys of the Civil Rights Litigation Group, PLLC, hereby voluntarily dismisses, without prejudice, all claims against the following parties: Katie Black, Jeremy Herko, and John Rohde.

To the extent Plaintiff's Complaint (Doc. 1) and/or First Amended Complaint (Doc. 21) may be construed as raising a claim against Tyler S. Brown in his individual capacity, Plaintiff voluntarily dismisses, without prejudice, all claims against Tyler S. Brown in his individual capacity.

All claims against Tyler S. Brown in his official capacity will remain.

Plaintiff continues to proceed against all claims against all other parties.

Dated this 20th day of September, 2021.

*/s/ Rachel B. Maxam*
Raymond K. Bryant, #42586
Rachel B. Maxam, #47711
Civil Rights Litigation Group, PLLC
1543 Champa Street, Suite 400
Denver, CO 80202
Phone: 720-515-6165
Fax: 720-465-1975
Email: raymond@rightslitigation.com
Email: rachel@rightslitigation.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2021, a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS KATIE BLACK, JEREMY HERKO, JOHN RHODE, AND TYLER S. BROWN (IN HIS INDIVIDUAL CAPACITY, ONLY** was served using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:

Writer Mott
Deputy County Attorney
Arapahoe County Attorney's Office
5334 S. Prince Street
Littleton, CO 80120-1136
Tele: 303-795-4609
*Attorney for Arapahoe County Employees*

                                                *s/   Rachel B. Maxam*